IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TAKU SHIBATA,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15930

Judge Robert W. Gettleman

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 141 | Artoid Direct |
| 32 | Ithink-US |
| 9 | IXnzadn |
| 90 | Qiongfei |
| 96 | phuongbooth |
| 101 | lamfasprint |
| 12 | YSWEET HOME |
| 11 | 7-20 days on shipping JINF |
| 39 | iLH |
| 52 | Kingspinner |
| 63 | Palarn |
| 83 | QINSHANG |
| 85 | GOODNICE |
| 10 | 🔥7-14 Days Delivery🔥Zpervoba |
| 137 | lyjutou Co.Ltd |
| 138 | KouRui Co. ltd |
| 139 | JuTou Co.Ltd |
| 131 | Qonioi |
| 37 | bannala-banban |

| | |
|---|---|
| 43 | Kexdaaf |
| 44 | WPOUMV |
| 66 | hymyyxgs |
| 113 | Namyuk |
| 143 | Brickstoy21 |
| 13 | Bobono |
| 14 | backRelaxing 7-15 Days Delivery |
| 29 | FAVIPT (7-15 days Delivery) |
| 61 | Honey Peach |
| 130 | Hot6sl |
| 118 | LYXSSBYX |
| 120 | Zpanxa |
| 121 | Fengqque |
| 124 | NARABB |
| 127 | Xysaqa |
| 149 | kakina CMSX |
| 6 | SUANOWETA 7-15Days Arrive |
| 51 | Realdo |

DATED:  December 24, 2023 　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　33 W. Jackson Blvd., #2W
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　Telephone:312-971-6752
　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 24, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                          */s/ Keith A. Vogt*
                                                          Keith A. Vogt