**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TAKU SHIBATA, | |
| Plaintiff, | Case No.: 1:23-cv-15930 |
| v. | Judge Robert W. Gettleman |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 20 | Geuuki Decor |
| 74 | 洪洞县豪沃科技有限公司 |
| 48 | ihshop |
| 144 | Olite shop |
| 145 | Yuanping store |
| 115 | Pld LLC |
| 122 | THWSJ CO.Ltd |
| 142 | HEJULIK |
| 46 | 【Summer New Product Promotion】YUYUAN TATA |
| 50 | SHANGLIN |
| 62 | segeer |
| 102 | ROJADA Direct |
| 8 | Gubotare |
| 89 | Rishi-doom |
| 108 | wenguangbaihuoshanghang |

DATED:  January 4, 2024                      Respectfully submitted,

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 4, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt