**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TAKU SHIBATA,

      Plaintiff,                                Case No.: 1:23-cv-15930

v.                                           Judge Robert W. Gettleman

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Jeffrey T. Gilbert
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## <u>JOINT STIPULATION OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Taku Shibata and Defendant No. 100

QVQE identified in Schedule A of the Complaint, file this Joint Stipulation of Voluntary

Dismissal, with prejudice. Defendant's Emergency Motion [42] is now moot.

Each party is to bear its own attorneys' fees, costs, and expenses.

DATED: January 18, 2024                Respectfully submitted,

<u>/s/ Keith A. Vogt</u>                       <u>/s/Zheng Gong</u>
Keith A. Vogt (Bar No. 6207971)         Zheng Gong (Bar No. 6323959)
Keith Vogt, Ltd.                         ShinyRise PLLC
33 West Jackson Boulevard, #2W          1 East Erie St., Suite 525-5203
Chicago, Illinois 60604                 Chicago, Illinois 60611
Telephone: 312-971-6752              Telephone: (202) 818-8086
E-mail: keith@vogtip.com              E-mail: zheng.gong@shinyrise.com

***ATTORNEY FOR PLAINTIFF***          ***ATTORNEY FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 18, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt